175 So.2d 644

Peggy FONTANA

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

No. 47775.

June 8, 1965.

In re: State Farm Mutual Automobile Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 173 So.2d 284.

Writ denied. No error of law under the facts found by the Court of Appeal.

175 So.2d 644

Joseph O. GORUM et al.

v.

C. W. PRITCHARD et al.

No. 47782.

June 8, 1965.

In re: Charles Wayne Gorum and Johnnie Marie Adams Gorum applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 173 So.2d 308.

Writ refused. No error of law under the facts found by the Court of Appeal.